No. 9454.

THE STATE EX REL. NEW ORLEANS GAS LIGHT COMPANY VS. WM. VOORHIES, JUDGE SECOND CITY COURT.

A court which has no jurisdiction over a cause *ratione materiæ*, exceeds the bounds of its authority when it issues therein an injunction.

Such court has in such cases no power to entertain a rule for contempt for violation of such illegally issued injunction.

APPLICATION for Prohibition.

*T. J. Semmes & Payne* for the Relator.

The opinion of the Court was delivered by BERMUDEZ, C. J.